**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6063

LARRY R. TART,

               Plaintiff - Appellant,

          v.

JOYCE KORNEGAY; FORREST FESTERMAN; FINESSE COUCH; KAREN
BROWN,

               Defendants - Appellees,

          and

JANITORIAL PRODUCTS PLANT,

               Defendant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge.  (5:11-ct-03236-BO)

Submitted:  April 25, 2013          Decided:  April 30, 2013

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Larry R. Tart, Appellant Pro Se.  Peter Andrew Regulski,
Assistant Attorney General, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry R. Tart appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint for failure exhaust administrative remedies.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tart v. Kornegay, No. 5:11-ct-03236-BO (E.D.N.C. Jan. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Because the record clearly establishes that exhaustion did not occur, the order is final. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (1993).